# United States Court of Appeals
## For the First Circuit

No. 23-1618

ROBERT ARIAS,

Plaintiff, Appellant,

v.

NOAH A. HERZON, JUAN INFANTE, TY KURCHARSKI, CHRISTOPHER DAY,
ADALBERTO GARCIA, MICHAEL BERNARD,

Defendants, Appellees,

US GOVERNMENT, US DRUG ENFORCEMENT ADMINISTRATION,

Defendants.

---

**ERRATA SHEET**

The concurring in part and dissenting in part opinion of Judge Lynch, issued on August 15, 2025, is amended as follows:

On page 53, line 3, replace "summary judgment in" with "summary judgment on".

On page 53, line 12, replace "dead-letter" with "dead letter".

On page 64, footnote 8, line 5, replace "(Jan. 19, 2021)" with "(D.N.H. Jan. 19, 2021)".